USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3-14-08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

---------------------------------------------------------------

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name:  Herbert G. Smith II

Firm Name:  Venable LLP

Address:  575 7th Street, NW

City/State/Zip:  Washington, DC 20004

Telephone/Fax:  (202) 344-4000/(202) 344-8300

Email Address:  hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: March 14 2008

New York, New York

_____
United States District Judge

60238454_1.DOC

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### HERBERT   G.   SMITH,   II

was, on the __5th__ day of __May__ A.D. __1997__ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this __29th__ day of __February__ A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____

**Deputy Clerk**